

United States District Court
Eastern District of California

| | |
|---|---|
| Van Tinh Nguyen | Case Number: 1:26-cv-02609-DAD-AC |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Markwayne Mullin, et al | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jashan Multani hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Van Tinh Nguyen

On 10/18/2022 (date), I was admitted to practice and presently in good standing in the Washington Western District Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Case Number 1:26-cv-01420-KES-SKO, Filed 02/18/2026; Case Number: 1:26-cv-01450-TLN-JDP Filed 02/19/2026, Case Number: 1:26-cv-01925-DJC-CKD, Filed 03/11/2026

Date: 04/06/2026   Signature of Applicant: /s/ Jashan Multani

**Pro Hac Vice Attorney**

Applicant's Name: Jashan Multani

Law Firm Name: MULTANI LAW GROUP, PLLC

Address: 13106 SE 240th ST, Suite 110

City: kent   State: WA   Zip: 98031

Phone Number w/Area Code: (206) 243-4219

City and State of Residence: Kent, Washington

Primary E-mail Address: jashan@multanilawgroup.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia Bautista

Law Firm Name: Bautista Immigration Law, P.C.

Address: 1227 Laurel St

City: San Carlos   State: CA   Zip: 94070

Phone Number w/Area Code: (650) 674-6070   Bar # 336327

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 7, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT